JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:   (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 4-09-70810 WDB |
|---|---|---|
| Plaintiff, | ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| KEITH ALLEN LEWIS, | ) | |
| Defendant. | ) | |

TO:    The Honorable Bernard Zimmerman, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney James C. Mann respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, KEITH ALLEN LEWIS (PFN BAM796), whose place of custody and jailor are set forth in the requested Writ,

////

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. 4-09-70810 WDB

attached hereto. The prisoner is required as the defendant in the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

Dated: September 10, 2009            Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                          /s/
                                        JAMES C. MANN
                                        Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. 4-09-70810 WDB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-09-70810 WDB |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| KEITH ALLEN LEWIS, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant KEITH ALLEN LEWIS (PFN BAM796) before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Tuesday, September 29, 2009 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: September 11, 2009

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. 4-09-70810 WDB